IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:23-CR-120 |
| v. | § | Judge Jordan |
| | § | |
| KELLY JOSEK | § | |
| a/k/a Kelly Spinelli-Josek | | |

## FACTUAL BASIS

The defendant, **KELLY JOSEK**, a/k/a Kelly Spinelli-Josek, hereby stipulates

and agrees that at all times relevant to the Indictment, the following facts were true:

1.      That the defendant, **KELLY JOSEK**, who is changing her plea to

guilty, is the same person charged in the Indictment.

2.      That the events described in the Indictment occurred in the Eastern

District of Texas and elsewhere.

3.      That on April 4, 2022, **KELLY JOSEK** knowingly possessed at least

seven United States Passport Cards, which she knew to be forged, counterfeited, altered,

or falsely made.

4.      That **KELLY JOSEK** obtained the counterfeit United States Passport

Cards by fraud.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

5. I have read this Factual Basis and the Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 02/20/2025

KELLY JOSEK
a/k/a Kelly Spinelli-Josek
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

6. I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment.

Dated: 12/5/2024

AUBREY NOONAN
Attorney for the Defendant

Factual Basis
Page 2